**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| GEORGE MARTIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE BOOTH TARKINGTION CIVIC ) | CASE NO.: 1:08-cv-00243-RLY-TAB |
| THEATRE OF INDIANAPOLIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF ADMINISTRATIVE CLOSURE

On August 1, 2008, the parties filed a Stipulation for Administrative Closure. Therefore, this action is administratively closed, without prejudice to the right of any party to move to reopen the action within 18 months of the date of the Stipulation if the terms of the settlement are not completed. Each party is responsible for his/its own attorney fees and costs.

Date: 08/04/2008_____

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Philip J. Gibbons, Jr. (19353-49)
Elizabeth A. Joseph (24968-29)
GIBBONS JONES, P.C.
10401 N. Meridian St., Suite 300
Indianapolis, In 46290

John T.L. Koenig
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204